FILED
2021 Oct-25  AM 11:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SYREETA PASS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 2:21-cv-753-AMM |
| **ST. VINCENT'S HOSPITAL and** | ) |
| **AMANDA HAMMON,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

On October 22, 2021, the court entered an order granting in part and denying in part, the defendant's motion to dismiss. Doc. 18. The court dismissed the plaintiff's claims with prejudice, except for her retaliation claim, which was dismissed without prejudice.

The clerk is directed to close this case.

**DONE** and **ORDERED** this 25th day of October, 2021.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE